IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL ACTION NO. 01-CR-005-2 |
| | : CIVIL ACTION NO. 14-CV-2612 |
| | : |
| DESMEND WRIGHT | : |

## ORDER

Defendant filed a motion to vacate his sentence pursuant to 28 U.S.C. § 2255 on May 6, 2014. Defendant was sentenced in January 2002. Defendant filed his first motion pursuant to 28 U.S.C. § 2255 on September 9, 2002. That motion was considered on its merits and denied on August 19, 2003. The instant motion must be dismissed as an unauthorized second or successive motion. Petitioner may not file a second or successive motion for relief pursuant to 28 U.S.C. § 2255 without first obtaining authorization from a Court of Appeals. Therefore, this Court lacks jurisdiction to consider the claims raised in the instant motion and it must be dismissed for lack of jurisdiction. *See United States v. Baptiste*, 223 F.3d 188, 190 (3d Cir. 2000).

**AND NOW**, this  /2  day of May, 2014, **IT IS HEREBY ORDERED** that:

1. Petitioner's Motion to Vacate, Set Aside, or Correct Sentence is **DISMISSED**;

2. The Clerk of Court shall close this matter; and,

3. A certificate of appealability will not issue because reasonable jurists would not debate the correctness of this Court's procedural ruling. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

WILLIAM H. YOHN, J.