PD

MR. DESMEND WRIGHT #54724-066
U.S.P.-ATLANTA
P.O. BOX 150160
ATLANTA, GA. 30315

THE HONORABLE WILLIAM H. YOHN., JR.
UNITED STATES DISTRICT JUDGE
14613 UNITED STATES COURTHOUSE
SIXTH & MARKET STREET
PHILADELPHIA, PA. 19106-1753



RECEIVED
AUG 1 1 2016

**RE: POST SENTENCING REHABILITATION**
July 11, 2016

Your Honor,

   I hope and pray that this letter finds you in good spirits and having a great day! Your Honor, when I first stepped foot into your courtroom I was a young, naive, and immature man who had no direction in life. Now sixteen years later I sit here writing this letter as a more mature man with a new mind frame, and a totally different out look on life in general.

   This brings me to the reason why I am writing you this letter today. I have filed a second or successive §2255 motion on my behalf seeking relief under the recent Supreme Court's **Johnson v. United States** decision.

   Over the course of my incarceration I have learned how precious time is. I learned to value time, for once time is gone you can never get a second of it back. So I chose to use my time wisely during my incarceration. I spent my time volunteering in different programs and learning different skills that always kept me focused on how to become a productive member of society. Enclosed with this letter is a package of my humble achievements and certificates that I have compiled for you to see how I used my time.

   While incarcerated I worked numerous Orderly position. I had the opportunity to work as an Orderly in the Unit, the Record Department, the Mailroom, and Receiving and Discharging (R&D). I also worked numerous positions inside of Food Service the (2) most notable

1

positions were the Religious Diet (Common Fare), and the Warehouse Head Clerk, being in charge of ordering all the food for the institutions and keeping the warehouse stock in orders. Yet the one job that I am most proud to say that I worked was the "Happy Hats" coordinator at U.S.P. Terre Haute where I and fellow inmates cut patterns, and sewed together different styles hats for children that was hospitalized for different kinds of illnesses.

My "Happy Hats" mission did not stop there in Terre Haute. I also joined and assisted in the creating of the "Happy Hats" program in U.S.P. Atlanta, where inmates crocheted hats for children in the hospital following the blue print that we started in Terre Haute Indiana. I also completed 500 hours of Community Service with the "Real Man Crochet Project" where we crocheted blankets and hats for new born babies that we donated to the hospital.

The programs that I took cover a wide range of topics. Not only did I participate in classes that focused on taking care of my body, such as Wellness, Health and Meal Planning. I also took up classes that hepled me with my thinking and behavior. The Non-Residental Drug Program treatment hepled me to understand that individuals with hard drug abuse problems are not only people that need these types of treatment programs, but also individuals that were caught up in the criminal lifestyle will benefit from these treatment as well.

I also began a spiritual journey seeking to heal long held wounds from my childhood. My spiritual journey began when I signed up for the "Life Connection Program" at U.S.P. Terre Haute, where I learned to excell and was afforded the opportunity to receive the spiritual guide award. This Life Connection Program is an 18 month extensive faith base program, the only such program of it's kind inside of a United States Penitentiary. The curriculum for this program causes a individual to have to look within himself. Some of the courses deal with Victim Impact, and The Obligation To Right The Wrongs, Conflict

Management, Managing Emotions, Job Skills and Mock Fairs, just to name a few, which all helped me become a better human being.

I took many different trade courses such as, Computer Keyboarding & Data Entry and Receptionist. I have learned to use the computer with the Window and Excell Systems. I participated in the Building Trade Vocational training where I had the opportunity to, hands on, build up and tear down a actual house. I learned to cook in the Basic Culinary Art Course where I earned a Serve Sate Certificate.

Your Honor, I have a fiancee and a strong family and friend support system. If a resentence is awarded in my case. I humbly ask if you can take into consideration all of my hardwork and achievements. I ask as a Sentencing consideration under 18 U.S.C. 3553(a), Post Sentencing Rehabilitation, and that you give me the opportunity to become a contributing member of society and thereby utilize all of the skills and trades that I have acquire to the benefit society upon my reentry. I have learned alot from this experience and feel as though I can be a active member of a community and a productive member of society by targeting the younger generation and helping them to change their mind frame and by teaching them my experiences. Possibly it would help them avoid the many mistakes that I've made.

Thank you for your time.

Thank You!

/s/ *Desmend Wright*
DESMEND WRIGHT #54724-066

3

July 25, 2016

Dear Your Honor,

I am writing to you on behalf of Desmend A. Wright. I want to introduce myself, I am Desmend's fiance, my name is Le'Tecia Robinson. I have known Desmend for over twenty years. We grew up in the same neighborhood, and attended, middle and high school with one another. Looking back from the young boy he was back than, to the man he is now, he has made a complete change for the better. Sixteen years of him being incarcerated, he has put his time to good use, by earning numerous certificates, and received them before he had knowledge of knowing, that there would be a possibility of him coming home. Desmend and I have had multiple conversations, and with each talk that him and I had, he has admitted to his faults and wrong doing, and regrets his actions from his past. Not only in my life, but Desmend has also been a big impact on my kids as well. Your honor I am asking you that, you see the man that Desmend has matured into, and grant him the opportunity to be released and reunited with his family. I appreciate your time and I hope that you consider my words to you.

Sincerely,
Le'Tecia Robinson

To Whom Concern,

(1)

Hello, My Name is Lenora Wright, I am the mother of Desmend Wright
54724-066
I am writing this letter to give you some information on my son.

As all parent would say I do have a good son at heart. He was taught right from wrong and he did good by me for many year. He attend school and he also played in sports — witch he was very good at (football). As the years went by into his teenage life — some of my siblings along with my mother illness start becoming of my family. My mother had to start — Dialysis — My sister had gotten realy sick with Lupus — And ended up on Dialysis. She had a Twin sister who had gotten sick also. Within a few year. My sister (as in both of them) Died at early ages 34 & 35 — one yr. apart — due to there illness.

After that. Things for the whole family started. felling apart. We where left with 8 children to care for (Each sister had 4 children apiece.) And I tryed to take most of them to live with me,

My son tryed his best to become a man then. He was the oldest of all of them. And I worked to the best I couid. to care for all of them, I beleve in his eye. He wanted the best for me + them. They looked up to him, *Maybe* I think it look jike it was really hard for me And I was struggling. As a young mother-taking in all the children,

I'm not happy with what has happened in his life-But I, wouid do what ever it take to have him back with me again-I Trust and believe he is a good person. And I wouid

(3) put my life in his hand if I had to.

My wish is to see my son walk into my home again - before anything happens to me in my life.

I just want to say I hope through all this he has leared his lesson. And if he had a chance to this all over again He would be the "MAN" THE BEST MAN HE COULD BE. And lead by his experience. To tell the young generation - Live, Learn, Lisen

Thank-you for your time

LENORA WRIGHT - Mother.

REGISTER NO: 54724-066        NAME..: WRIGHT              FUNC: PRT
FORMAT.....: TRANSCRIPT        RSP OF: ATL-ATLANTA USP

------------------------- EDUCATION INFORMATION ----------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
ATL  ESL HAS   ENGLISH PROFICIENT           03-05-2002 0001 CURRENT
ATL  GED HAS   COMPLETED GED OR HS DIPLOMA   03-13-2002 0001 CURRENT

------------------------- EDUCATION COURSES ----------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|----------|-------------|------------|-----------|------|----|----|-----|
| ATL | BUSINESS MANAGEMENT | 01-15-2015 | 03-24-2015 | P | C | P | 20 |
| ATL | RPP3 ROAD TO FINANCIAL SUCCESS | 01-20-2015 | 01-20-2015 | P | C | P | 2 |
| ATL | RPP1 AIDS & DISEASE PREVENTION | 11-25-2014 | 11-25-2014 | P | C | P | 1 |
| THP LCP | RPP EMPLOYMENT | 06-19-2014 | 06-19-2014 | P | C | P | 18 |
| THP LCP | ATRISK CLASS TAUGHT BY WHITMAN | 06-19-2014 | 06-21-2014 | P | C | P | 1 |
| THP LCP | TEACH ADVANCE PHYSICAL ACT | 04-15-2012 | 06-24-2012 | P | C | P | 20 |
| THP LCP | LEARNING MEAL PLANNING | 04-15-2012 | 06-24-2012 | P | C | P | 20 |
| THP LCP | WELLNESS HEALTH/CLASS | 09-27-2011 | 12-10-2011 | P | C | P | 20 |
| THP LCP | LEARNING MEAL PLANNING | 09-23-2011 | 12-10-2011 | P | C | P | 20 |
| THP LCP | TEACH ADVANCE PHYSICAL ACT | 09-23-2011 | 12-10-2011 | P | C | P | 20 |
| THP LCP | AFRICAN&AMERICAN HIST THUR 630 | 08-18-2011 | 12-09-2011 | P | C | P | 12 |
| THP LCP | MS 10 YOUR OWN HOME MON 630 | 11-29-2011 | 12-05-2011 | P | C | P | 2 |
| THP LCP | MS 9 LOAN TO OWN MON 630 | 11-28-2011 | 12-05-2011 | P | C | P | 2 |
| THP LCP | MS 8 CHARGE IT RIGHT MON 630 | 11-21-2011 | 11-28-2011 | P | C | P | 2 |
| THP LCP | MS 7 TO YOUR CREDIT MON 630 | 10-31-2011 | 11-21-2011 | P | C | P | 2 |
| THP LCP | MS 6 KEEP IT SAFE MON 630 | 10-17-2011 | 10-31-2011 | P | C | P | 2 |
| THP LCP | MS5 PAY YOURSELF 1ST MON 630 | 10-03-2011 | 10-17-2011 | P | C | P | 2 |
| THP LCP | MS 4 MONEY MATTERS MON 630 PM | 09-26-2011 | 10-03-2011 | P | C | P | 2 |
| THP LCP | MS 3 CHECK IT OUT MONDAY 630 | 09-19-2011 | 09-26-2011 | P | C | P | 2 |
| THP LCP | MS2 BORROWING BASICS MON 630 | 09-12-2011 | 09-19-2011 | P | C | P | 2 |
| THP LCP | MS 1 BANK ON IT MONDAY 630 PM | 08-18-2011 | 09-12-2011 | P | C | P | 2 |
| THP LCP | BUILDING TRADES 7:30-10:30 AM | 05-25-2011 | 09-22-2011 | P | C | M | 360 |
| BSY | RECEPTIONIST CERTIFICATE | 10-28-2010 | 03-31-2011 | P | C | C | 150 |
| BSY | DATA ENTRY OPERATOR CERTIFICAT | 10-28-2010 | 03-31-2011 | P | C | C | 150 |
| BSY | KEYBOARDING, SELF STUDY | 04-28-2010 | 06-30-2010 | P | C | P | 75 |
| BSY | INT CROCHET;T&R;2:00-3:30;JB | 05-04-2010 | 05-25-2010 | P | C | P | 12 |
| BSY | ELL ORIENTATION | 04-28-2010 | 04-28-2010 | P | C | P | 1 |
| COP | SPANISH 1 WED 6:30-8:15 | 06-14-2008 | 09-24-2008 | P | C | P | 24 |
| COP | CULINARY ARTS BASIC | 05-01-2007 | 09-14-2007 | P | C | C | 240 |
| COP | ABDOMINAL WORKOUT CLASS | 06-20-2006 | 08-13-2006 | P | C | P | 3 |
| COP | ACE BUSINESS M/W:1930-2030 | 03-16-2006 | 06-15-2006 | P | C | P | 12 |
| COP | ABDOMINAL WORKOUT CLASS | 04-26-2006 | 06-08-2006 | P | C | P | 3 |
| COP | ELECTRONIC LAW LIB TRAINING | 01-19-2006 | 01-19-2006 | P | C | P | 2 |
| COP | RPP5 RELEASE REQUIREMENT CLASS | 10-04-2005 | 10-04-2005 | P | C | P | 1 |

G0000        TRANSACTION SUCCESSFULLY COMPLETED



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

*Terre Haute, Indiana*

*Life Connection Program*

October 23, 2014

MEMORANDUM FOR  LCP UNIT TEAM AND ALL OTHERS CONCERNED

FROM:                       Scott P. Bonham, Life Connections Program Chaplain

SUBJECT:                 **Desmond Wright, 54724-066**
                                  **Life Connections Program Graduate**

The table below lists the courses which were completed by this man during the eighteen months preceding March 14, 2013, which is when he graduated from the Life Connections Program (LCP) at U.S.P. Terre Haute, Indiana.   When an inmate is listed as "LCP Comp" in SENTRY, it is understood that he has completed these courses.

| LIFE CONNECTIONS PROGRAM (LCP) GRADUATION REQUIREMENTS | | |
|---|---|---|
| TITLE | INMATE SKILLS | HOURS |
| COMFORT ZONE RETREAT WORKBOOK (WB) | INTERPERSONAL | 10 |
| ORIENTATION WB | COGNITIVE | 20 |
| BUILDING BLOCKS TO A HEALTHY COMMUNITY WB | INTERPERSONAL | 20 |
| PREPARING FOR THE JOURNEY WB | COGNITIVE | 30 |
| FAITH SPECIFIC SPIRITUAL GROUNDING | CHARACTER | 25 |
| SPIRITUALITY WB | CHARACTER | 30 |
| RELIGIOUS TOLERANCE WB | INTERPERSONAL | 20 |
| OBLIGATION TO RIGHT THE WRONG WB | CHARACTER | 20 |
| MANAGING EMOTIONS WB | CHARACTER | 25 |
| CONFLICT MANAGEMENT WB | CHARACTER | 30 |
| FOLLOWING YOUR MORAL COMPASS WB | CHARACTER | 20 |
| FAMILY LIFE CONNECTIONS WB | INTERPERSONAL | 30 |
| LEADERSHIP WB | VOCATIONAL/CAREER | 20 |
| TRANSITIONAL ISSUES WB | VOCATIONAL/CAREER | 20 |
| ADDICTION / CRIMINAL LIFESTYLE RECOVERY | CHARACTER | 150 |
| JOB SKILLS AND MOCK JOB FAIR | VOCATIONAL/CAREER | 18 |
| IMPACT OF CRIME ON VICTIMS COURSE | COGNITIVE | 12 |
| INSIDE OUT DADS FATHERING COURSE | INTERPERSONAL | 24 |
| HEALTH AND WELLNESS WORK | INTERPERSONAL | 20 |
| KEYBOARDING PROFICIENCY | VOCATIONAL/CAREER | 10 |
| JOURNALING YEAR | CHARACTER | 52 |
| COMMUNITY SERVICE | CHARACTER | 500 |
| **TOTAL HOURS OF LCP PARTICIPATION** | | 1106 |



**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Correctional Complex*
*Terre Haute, Indiana*

---

*Life Connections Program*

March 13, 2013

MEMORANDUM FOR ALL LIFE CONNECTIONS PROGRAM INMATES

FROM:            SCOTT P. BONHAM, LCP CHAPLAIN

SUBJECT:       **GRADUATION DAY, THURSDAY, MARCH 14, 2013**

Be advised that all LCP Wait inmates, LCP Participants, and LCP Graduates will be on the call out for 07:15 A.M. on Thursday, March 14, 2013 for the "LCP Unit". Every LCP man in the LCP Unit must be available for graduation rehearsal in the morning and the graduation and reception in the afternoon. Experience has shown us that holding the graduation rehearsal and graduation on the same day is less intrusive to work schedules. Graduation is very important for EVERYONE in the LCP, so the only activity any LCP man should attend is a medical or dental call out. The LCP is never more on "display" (in a good way) to executive staff, other staff, contractors, volunteers, AND outside guests than we are on LCP Graduation Day. It is essential that everyone is <u>respectful</u> before, during, and after this ceremony AND in the LCP Unit. Spend the morning getting yourselves, your cells, and the entire unit as clean and tidy as possible!

At 9:00 a.m. all will go to the LCP Chapel. Please, be ready to walk over as a group. Once there, sign in, and immediately sit in your assigned seat. DO NOT move the chairs! Graduating LCP participants will be fitted for their graduation robes and group photographs will be taken.

**The LCP Unit will be called <u>first</u> to Mainline for the lunch meal on, March 14, 2013.**

At 12:30 p.m. all will go to the LCP Chapel. **There will NOT be sign in sheets, but you <u>must</u> sit in your assigned seat – alphabetically by cohort.** The unit and your cells should <u>already</u> be clean and inspection ready. Please make sure your areas are squared away. It is imperative NOTHING is in any of your cell windows and no pictures are outside of the bulletin board on the cell walls or on the outside of lockers. You all know what your cell, and the entire LCP Unit, should look like.
**Required dress for both rehearsal, graduation, and in the LCP Unit until the 4:00 p.m. count is pressed khaki pants and t-shirt (nothing underneath). Make sure you are tucked in. No hats except for approved, everyday religious headwear!** *<u>DO NOT take anything with you to the Chapel! (For example, no MP3 players, radios, newspapers, magazines, mail, legal work, etc.)</u>*

| **Life Connections Program Graduation Requirements** *Chaplain Comments and Feedback* | Cadre: #11 Projected LCP Completion: March 2013 |
|---|---|

LCP WRIGHT, DESMOND · Number:

54724-066, LCP Cohort 11

| **Community Service** | Through completion of the LCP Community Service Component, the participant will demonstrate: • a basic understanding and responsibility for healthy community citizenship • a willingness to take responsibility to right the wrong's that criminal behavior has placed upon the community; |
|---|---|

| # | Task | Date Completed | Chaplain's Signature |
|---|---|---|---|
| 1. | Participant will have Completed 500 Hours of Community Service. (e.g. Happy Hats full participation) 308 + HH | 3/12/13 | *[signature]* |
| 2. | Participant will have led at least 6 Community Connections Meetings. (e.g. Word of the Day presentations) 93, 93, 92 | Awesome! 3/12/13 | *[signature]* |
| 3. | Participant will regularly participate in Community Connections Meetings. (e.g. Word of the Day attendance and attention) | 3/12/13 | *[signature]* |
| 4. | Participant will share in a structured group activity (e.g. skit, creative writing presentation, etc) which demonstrates the integration of a key concept in the Life Connections Program. This presentation will be made by an established LCP cohort to a new LCP cohort during their initial orientation into LCP. | 3/12/13 | *[signature]* |

Chaplain Comments:

| **Victim Impact** | Through completion of the LCP Victim Impact Component, the participant will demonstrate: • the ability to identify victims of crime • an understanding of how one's own criminal behavior has caused harm to self • responsibility in repairing the wrong caused by one's own criminal behavior |
|---|---|

| # | Task | Date Completed | Chaplain's Signature |
|---|---|---|---|
| 1. | Participant will satisfactorily complete 3 Victim Impact Programs and related assignments: • Hearing Victim Stories • Identification of Victims • Repairing the Wrong | *[signature]* | 12/16/2012 |

| | | | |
|---|---|---|---|
| 2. ✗ | Participant <u>will</u> create a written inventory (4th Step) of all the persons he has wronged through past actions and create a written plan to "make things right" with the persons identified. (Obligation to Right the Wrong workbook) | 12/16/2012 | SBB |
| ✗ | Participant <u>will</u> submit a written reflection on the impact of his own crime to the persons in his life. (Minimum of 500 words). <u>This reflection is submitted to the Faith-based Chaplain.</u> | 12/16/2012 | SBB |
| ✗ | Participant <u>will</u> create a goal (LCP Model) which focuses upon mending <u>a</u> broken relationship caused by his crime. | 12/16/2012 | SBB |

Chaplain Comments:

Spiritual Guide Insights:

| **Mentor** | Through completion of the Mentoring Component of the LCP program, the LCP participant will develop a support system for personal, spiritual, religious growth and when applicable, establish the foundation of a support system for societal re-entry. |
|---|---|

| # | Task _Iman Beshar_ | Date Completed | Chaplain's Signature |
|---|---|---|---|
| 1. | <u>If</u> a Mentor relationship has been established, the participant will have met with the community Mentor on at least 25 occasions. | 3/12/13 | SBB |
| ✗ | Participant's submission of a written report which describes the meaning of the Mentor/Mentoree relationship; identification of personal strengths and areas of growth. | 12/16/2012 | SBB |
| 3. | <u>If</u> a Mentor relationship has been established with a re-entry Mentoring Congregation or Community Support Agency, the participant will:  _Mrs. Williams_ <br> • have a named point of contact <br> • have begun supporting her/his congregation (e.g., monetary contributions, letter writing) | 3/12/13 | SBB |

Chaplain Comments:

Mentor Insights:

| Healthy Living | Through completion of the Healthy Living Component of the LCP program, the LCP participant will develop essential living habits and skills to support responsible and healthy living. | | |
|---|---|---|---|
| # | Task | Date Completed | Chaplain's Signature |
| 1. | Participant will demonstrate responsible time management over a one year time period by: <br> • on time attendance at work <br> • (no more than 4 un-excused late calls) <br> • on time attendance at LCP programs and events <br> • (no more than 4 un-excused late calls) | 3/12/13 | _(signature)_ |
| 2. | Participant will complete a structured 60 day well-ness program (to include nutrition, weight management, exercise, stress management classes and assignments). | 12/16/2012 | _(signature)_ |
| 3. | Participant will maintain a clean living space throughout the LCP program (No more than 2 deficient sanitation reports from weekly inspection). | 3/12/13 | _(signature)_ |
| 4. | Participant will complete a class and related assignments on personal hygiene and dress code. Afterwards, the participant will demonstrate good personal hygiene (i.e., grooming, personal cleanliness) throughout the program. No more than 1 LCP staff consultation on hygiene dress code issues during the course of the LCP program. _Blackstone_ | 3/12/13 | _(signature)_ |
| 5. | Participant will complete 150 hours of addiction programming. | 3/11/13 | _Blackstone_ |
| 6. | Participant will complete at least 6 self programs/activities. (responsible parenting; budgeting; marriage enrichment; stress management; spiritual growth; religious growth) | 12/16/2012 | _(signature)_ |
| 7. | Participant will regularly participate in a weekly study and worship service available to the general population. _Jumah_ | 3/12/13 | _(signature)_ |
| 8. | Participant will provide (financial and emotional) support to his family. Each quarter the participant will submit a 1 page report to the Life Connections Program Manager addressing his active role in family support. | 12/16/2012 | _(signature)_ |
| 9. | Participant will demonstrate the integration of personal spiritual development through devotional, prayer and meditative use of morning and evening scheduled quiet time. | 12/16/2012 | _(signature)_ |
| Chaplain Comments: | | | |

| Curriculum | Through completion of the Curriculum Component of the LCP program, the participant will develop and integrate core knowledge and skills for daily living based upon a spiritual and religious foundation. These include:<br>• Spiritual Self Awareness<br>• Ethical Decision Making<br>• Religious Tolerance and Respect<br>• Citizenship and Community<br>• Family |
|---|---|

| # | Task | Date Completed | Chaplain's Signature |
|---|---|---|---|
| 1. | Participant will have completed all workbook exercises. | 3/12/13 | *[signature]* |
| 2. | Participant will provide the Program Manager, Mentor and/or Spiritual Guide:<br>• an understanding of the exercises in the curriculum workbooks<br>• additional related spiritual readings<br>• written development of personal goals<br>• evidence of research in related topics and assignments<br>• Evidence of Sacred Writing Exercise Completion<br>• Evidence of Individual Study | 3/12/13<br>Spiritual Guide Award | *[signature]* |
| 3. | Participant will have re/established family ties through weekly correspondence. | 12/16/2012 | *[signature]* |
| 4. | Participant will have completed 6 weekend retreats/seminars. | | |
| 5. | Participant will provide a written analysis of 2 decisions made using the LCP Moral Compass Model. | 12/16/2012 | *[signature]* |
| 6. | At the beginning of each quarter in the last year of the LCP program, the participant will provide a written spiritual analysis of an event which has occurred in his life. | 1/4/2013 | *[signature]* |
| 7. | Participant will make regular Journaling entries in the interactive Journaling component of the program. The participant will be able to demonstrate their engagement in the Journaling process with the LCP Program Manager during counseling sessions. | | |
| 8. | Participant will develop, monitor and periodically update a Covenant for Living. This covenant will reflect:<br>• an understanding and agreement to live by institution rules<br>• an understanding and agreement to live by LCP program rules<br>• the development of and agreement to follow LCP cohort rules<br>• the development of a personal faith covenant for living with God, Family, and the within the community. | 3/12/13 | *[signature]* |

| Chaplain Comments: |
| --- |

| Spiritual Guide Comments |
| --- |

| **Release/Transitional Preparation** | Through completion of the Release/Transitional Component of the LCP program, the participant will be prepared to move beyond the program into reintegrating life with the world.<br>These include:<br>• Mentor Relationship<br>• Job plan<br>• Family Re-integration Plan<br>• Support System Identification<br>• Budget Plan |
| --- | --- |

| # | Task | Date Completed | Chaplain's Signature |
| --- | --- | --- | --- |
| 1. | Participant <u>will</u> have secured a birth certificate and social security card. (Medicaid and SSI application if applicable) | 3/12/13 | SPB |
| 2. | Participant <u>will</u> have a Local Community Resource packet (Release/Re-Entry Community). The packet will contain points of with:<br>• Probation and parole;<br>• Community Sponsor (s) - 12 Step; Mentoring Congregation<br>• Licensing Agencies - (i.e. Drivers)<br>• Support Agencies (Job Service, Catholic Social Services, Lutheran Social Services)<br>• Library<br>• Continuing Education Centers (Community College; Vo-Tech Schools) | ✓ | SPB |
| 3. | Participant <u>will</u> have achieved entry level computer skills (Word Processing) | 12/16/2012 | |
| 4. | Participant will <u>dialogue</u> with staff to identify and work towards high education ideals and formulate a plan realistic goal to address continuing education needs. | 1/8/2013 | |
| 5. | Participant will have a written resume related to employment goals. | 12/16/2012 | |
| 6. | Participant <u>will</u> have participated in a Mock Job Fair. | 3/12/13 | SPB |

| 7. | Participant <u>will</u> have identified five prospective employment opportunities at their release destination, to include:<br>•     Name<br>•     Address<br>•     Contact Person<br>•     Job Requirements | 12/16/2012 | SRB |
|---|---|---|---|
| 8. | Participant <u>will</u> have developed a realistic release plan and budget based on financial resources available at the time of release, to include:<br>•     Housing Options<br>•     Food<br>•     Employment<br>•     Clothing<br>•     Transportation<br>•     Child Support | 1/6/2013 | SRB |
| 9. | Participant <u>will</u> have 3 SMART (LCP Model) re-entry goals to include at least one separate goal for three of the following:<br>•     ~~Leisure Time~~<br>•     Family Ties<br>•     ~~Worship~~<br>•     Making Amends<br>•     Employment | 1/6/2013 | SRB |
| 10. | Participant <u>will</u> have had a minimum of 5 personal goal follow-up meetings with spiritual guide or mentors and at least 4 sessions with the Chaplain. | 3/12/13 | SRB |

| Community Liaison Visit Date: | Community Location: |
|---|---|
| Community Liaison Identified Sponsor: | |

| Spiritual Life Assessment Survey<br>•     (Pre-LCP)     Completed: _____<br>•     (Post LCP)     Completed: _____ | |
|---|---|

Chaplain Comments:

Chaplain's Overall Appraisal of LCP Program Participation:
Mr. Wright's outlook on religious aspects changed. His eyes were opened to deep spiritual aspects of his own faith tradition and interact with other faith tradition

| Chaplain's Signature: Scott P. Brun | Date: 3/12/13 |
|---|---|



**Federal Bureau of Prisons**
**Psychology Data System**

**Date-Title:** 12-22-2010 - Treatment Plan  **(Draft)**
**Reg Number-** 54724-066 - WRIGHT, DESMOND   **Unit/Qtrs:** A UNIT,
**Name:** A08-402U
**Author:** MELISSA D. SALYER, DRUG ABUSE TRTMNT SPECLST
**Institution:** BSY - BIG SANDY USP

## Diagnostic Impressions:

**AXIS I:** None

**AXIS II:** None

## Treatment Plan:

Problem 1: Mr. Wright admits to an extensive history of marijuana use. He reported using marijuana all day every day until 2002. He claims he used to relax and stay calm. He reports he has been drug free since his incarceration and believes he will not return to substance use, but wants to solidify his recovery by participating in further treatment.

Goal 1: I will continue to plan my maintenance and address irrational thinking I still possess that could hinder my recovery in the future.

Activity 1: I will complete a cost and benefits analysis as it applies to my criminal behaviors, my substance use, my peers, my family, and my sobriety. I will share this with my group.

Activity 2: When discussing my substance use I will not minimize or deny my use. I will discuss my substance use honestly without glamorizing the lifestyle I was involved.

Activity 3: Complete a readiness statement expressing in my words why I need change, why I need to make these specific changes, my current thoughts about change, the strength I posses that will help you succeed, and how my group can help my with your success

Activity 4: I will create a relapse prevention plan demonstrating the 8 positive attitudes for change. I will identify potential triggers, alternate behaviors other that substance use, and my support network. I will present this near the end of the program.

Problem 2: Mr. Wright admits to enjoying the benefits of his criminal lifestyle such as the money and material items, the thrill seeking, and the "power" and "Prestige". He admits the lifestyle has been the

easy way for him, with little responsibility but great consequences.

Goal 2: I will acknowledge and increase my outward expression of my understanding of the rights and feelings of others.

Activity 5: I will identify the three most negative consequences resulting from remaining excessively focused on my own personal needs and desires.

Activity 6: I will discuss my difficulty with authority figures. I will explore how my ability to communicate with authority figures could be problematic to obtaining my goals.

Activity 7: I will verbalize an understanding of the benefits to myself and others that occur as a result of living within the laws and boundaries of society.

Goal 3: I will verbalize an understanding of my own criminal thinking style and utilize my group and the program to change this style and begin to participate in more pro-social behaviors.

Activity 8: Present your responses to *Maintaining Your Goals* on page 17 of the "Core Skills" journal

Activity 9: I will identify 5 of my strengths. I will identify how I show this strength and how this strength will assist me to maintain positive change.

Activity 10: Examine which criminal thinking error provides you the most difficulty and complete Rational Self analysis on the error. Identify recent situations when you may have used this error. Complete 1 RSA to present before every group.

Activity 11: Verbalize an understanding of rational and irrational thinking as indicative by learning the ABC's of thinking and behaving.

Participant Signature _____     REG # 54724.066

DTS Signature _____  DTS

**SENSITIVE BUT UNCLASSIFIED**

# Agreement to Participate in the Bureau of Prisons
## Non-Residential Drug Abuse Treatment CDFRM

I understand the potential benefits of participating in Non-Residential Drug Abuse Treatment Programs (NR DAP). I understand my level of commitment to the program will determine how much I benefit from participation. I acknowledge and agree to comply to all policies, procedures and rules of NR DAP in the Bureau.

I agree to participate in classes/counseling/group sessions as designated by the BOP Psychology and Treatment Staff.

As a program participant, I agree to refrain from any behavior disruptive to the program or to the participants and staff of the program.

As a program participant, I agree to complete all tasks as assigned.

As a program participant, I agree to take part in all program activities and all group work as assigned.

I understand that I am expected to protect the confidentiality and privacy of my fellow participants in the treatment program. I agree to accept responsibility for not disclosing inmate information. I understand a breach of confidentiality will result in immediate expulsion.

As a program participant, I understand that I may be expelled from the program for failure to comply with program rules and policies. Ordinarily, expulsion will result if you are found by the DHO to have: 1) Been violent or threatened violence or 2) committed a 100 series prohibited act.

As a program participant, I understand that if I withdraw or am expelled, any incentives received or expected will be forfeited.

**I understand and consent to the release of information specified below by Bureau staff for the development of continued treatment in custody or in the community to:**

* **Appropriate Bureau staff**
* **Appropriate U.S. Probation staff;**
* **RRC staff; and**
* **Community-based treatment staff as appropriate.**

**The extent and nature of the information to be disclosed includes: psycho-social history; treatment progress; relapse prevention plan; and recommendations for continued treatment.**

### AGREEMENT/SIGNATURE

**I have read, or have had this document read to me, and I understand and agree to the rules and regulations for participation in the treatment option I have initialed above.**

| Inmate Name Printed<br>Desmond Wright | Staff Name Printed |
|---|---|
| Inmate Signature<br>Desmond Wright | Staff Signature |
| Register Number<br>54724.066 | Staff Title<br>DTS |
| Date<br>10/21/10 | Date<br>10-21-10 |

**SENSITIVE BUT UNCLASSIFIED**



**Federal Bureau of Prisons**
**Psychology Data System**

**Date-Title:** 05-13-2010 - Eval/Rpt - DAP-Inquiry Response   **(Pending Review)**
**Reg Number-Name:** 54724-066 - WRIGHT, DESMOND     **Unit/Qtrs:**  A UNIT, A07-307U
**Author:** MELISSA D. SALYER,  DRUG ABUSE TRTMNT SPECLST
**Institution:** BSY - BIG SANDY USP

---

At your request by copout to Psychology Services Staff, you expressed an interest in drug and/or alcohol treatment. This letter serves as an overview of the various programs offered at USP Big Sandy. If you are interested in any of the programs, please sign the attached agreements to participate and return by mail to the Psychology department.

### DRUG EDUCATION

The new Drug Abuse Education Course *Freedom from Drugs* has been redesigned to focus on the use of drugs, the relationship between drug use and crime and ensures inmates are fully informed of the drug abuse and psychology treatment program options available to them in the Bureau of Prisons.

The *Freedom from Drugs* course is 12-15 hours in duration. Completion of the *Freedom from Drugs* course requires attendance of 12-15 hours, participation during sessions, and successfully completing the final test with passing grade of 70%.

Inmates will be required to participate in the course if:

There is evidence that alcohol or other drug use contributed to the commission of the offense;

Alcohol or other drug use was a reason for violation either of supervised release (including parole) or Bureau community status; that is, RRC placement for which the inmate is now incarcerated;

There was a recommendation (or evaluation) for drug programming during incarceration by the sentencing judge; or

There is evidence of a history of alcohol or other drug use. For example, the inmate's history of alcohol and/or drug use within the past 5 years is emphasized in the Presentence Investigation Report (PSR).

5.  Inmates may also be considered for course placement if they request to participate in the drug abuse education program (inmates required to participate in drug education will receive priority placement)

If inmates are required to participate, and refuse, withdraw, are expelled, or otherwise fail to meet attendance and examination requirements, then they:

Are not eligible for performance pay above maintenance pay level, or for bonus pay, or vacation pay; and

2.  Are not eligible for a Federal Prison Industries (UNICOR) work program assignment

### NON-RESIDENTIAL DRUG ABUSE PROGRAM

The program is available to ALL INMATES who have a verifiable, documented drug abuse problem. Non-residential drug programming is VOLUNTARY. Specific activities are at the discretion of the DAP Coordinator and may include programs such as: Drug Education, Breaking Barriers, Relapse Prevention, and Anger Management.

**RESIDENTIAL DRUG ABUSE PROGRAM**

Residential Drug Abuse Programs (500 hour programs) are available at several institutions in the Mid-Atlantic Region. This program is not offered at high security institutions in the BOP. Inmates who are evaluated and determined to be eligible by the DAP Coordinator, and who are able to obtain medium security classification, may participate in the program. Inmates must have medium points, as lesser-security management variables are not given for this program. Evaluation for this program is done between 36 and 24 months from an inmate's projected release date. Determination for early release eligibility is a separate process that is completed by DSCC Legal Staff in Grand Prairie, TX. This determination is requested by the DAP Coordinator at the time of the program eligibility interview, and a response can be expected within 60 days. Requests for program consideration can be sent via copout to the DAP Coordinator.

If you are interested in the above programs or have further questions, submit a copout to Psychology Services (Ms. Salyer or Dr. Forbes).

\*\*SENSITIVE BUT UNCLASSIFIED\*\*

# STUDENT WORKBOOK

WRIGHT, DESMOND PASS+
54724-066, LCP Cohort 11
3-4-13 Brshar

## JOHN C. MAXWELL



# DEVELOPING
# the LEADER
# WITHIN YOU

Staying on Track

WRIGHT, Desmond, Reg. No. 54724-066  You worked diligently in completing these workbooks to understand and apply this material to your life. You have leadership ability and talent and use this constructively to help others grow and improve their lives. You show respect for others and for their beliefs . You are always willing to tackle the toughest issues and show courage and determination to change your life in every way possible for the benefit of others and for your own personal growth. I have tremendous respect for your willingness to take down the equipment after class and this another example of how you live what you believe. I wish you well!  Grade: Pass +    G. Blackstone, LCP Life Coach      03-10-2013

WRIGHT, DESMOND
54724-066, LCP Cohort 11

truthought
.com

# Tackling Tactics

Workbook for Interrupting Negative Habits

G. Blackstone, LCP Life Coach 09-19-2012

WRIGHT, Desmond, Reg. No. 54724-066 You have made substantial progress in understanding how you have used tactics and resolved to change your lirfe to be even more responsible. You use the material to change your life and to improved, especially in relationships with others and to balance your life in important ways. You have worked to see how you can change wherever possible. One of your many strengths is the ability to "see through" problems and find solutions that benefit many others. You have a concern for others that show through when you are in class discussions and when you look back on the harm you caused others. You never take the easy way in looking at your lire and stay with an issue until you hve addressed what you did and how you can improve. You do not avoid tough issues and show determination to do whatever necessary to help others and do what is right. Well done! Keep growing.

G. Blackstone, LCP Life Coach 09-19-2012
GRADE: PASS +

WRIGHT, DESMOND
54724-066; LCP Cohort 11

truthought.com

WRIGHT, DESMOND - I
54724-066, LCP Cohort 11

# *Life Connections Program*
# *Comfort Zone Retreat*

I've never been comfortable sharing my church concerns but with others. However being among people who share my such thoughts, goals, and who really want to see me succeed, help ease up and discover as much about myself and the spiritual journey I'm making.



PASS +

Bashan

10-22-11



Federal Bureau of Prisons
Residential Re-entry Program

# Life Connections Program
## Orientation





PASS +

Basha~

11-23-11

YOU HAVE A SOUND
MIND, MAY ALLAH BLESS YOU
AND PROTECT YOU, AS WELL AS
TO USE YOU AS AN INSTRUMENT
TO SERVE HIS CAUSE.



**Federal Bureau of Prisons**
*Residential Re-entry Program*

WRIGHT, DESMOND - I
54724-066, LCP Cohort 11

# Life Connections Program
# Building Blocks to a Healthy Community





PASS +

Basha~

12-10-11

**Federal Bureau of Prisons**
**Residential Re-entry Program**

WRIGHT, DESMOND
54724-066, LCP Cohort 11

# Life Connections Program

# Preparing for the Journey

> To begin a journey into a spiritual life, I have to accept responsibility to
> my responsibilities. I have to practice positive living with the community
> other along I get in my journey, the ... more any
> ... spiritual life will blossom with my ... continue
> efforts to make positive life style ... changes

PASS +

*Bashar*


**Federal Bureau of Prisons**
**Residential Re-entry Program**

# *Life Connections Program*

# *Spirituality*

## *The Role of Faith in All Areas of Life*

My spirituality is a personal thing. [...] [...] [...] [...] my love to others. As I continue along my spiritual pathway I recognize the struggle every day to get where I want [...] But that's okay. I have God with me on my journey. [...] the [...] challenges I face along the way just make [...] [...] stronger.



PASS +

Boshar    5-25-12

VERY GOOD SINCERE WORK!



**Federal Bureau of Prisons**
**Residential Re-entry Program**

# Life Connections Program

# Religious Tolerance

## Understanding & Respecting the Beliefs of Others

Being tolerant of others... now there's something I haven't given much thought to. I've been busy making sure that ___ the respect I deserve but I haven't given others a chance to ___ share their opinions. Maybe it's time I listen to wh ___ others think and believe for a change. I might just ___ learn something



PASS +

Barton

6-12-12



# Life Connections Program

# *Obligation to*
# *Right the Wrong*

I've always considered my behavior as something that only affected me. I'm the one paying the price by being in prison. I never stopped to think about other people who may have been hurt by what I've done. Now I'm starting to look at myself. I've hurt some I don't know and some who mean a lot to me.





PASS +
Bashar

Wright, Desmond.        Obligation to right the wrong
P12, 14, 20, please as me in class for further explanation.

Note:
It is good for someone to feel guilt, shame and anger with self for what he did wrong to people, but this should not linger and stay with him after repentance, because it will hinder his spiritual growth, so you need to release such negative feelings. Positivity is detrimental for our success in both lives.

 **Federal Bureau of Prisons**
**Residential Re-entry Program**

# Life Connections Program

# Managing Emotions

## How Emotions Affect Your Behavior



PASS PLUS

Bashar   9-1-12

Wright, Desmond.                    Managing Emotions

P 19, 24, 27, 28, please ask me in class for further input.
Note: I'm glad to know that you like your mentor to be
honest with you in pointing out the good and the bad in
you, and to give you a sound advice on how to better
yourself! This is a very healthy sign that one is growing
spiritual and shedding layers of his ego.



**Federal Bureau of Prisons**
**Residential Re-entry Program**

# Life Connections Program
# Conflict Management
## Handling Relationship Conflicts Successfully

When I think back on how I've managed conflicts in the past, it always seemed to go the same way. I'd see one right way to resolve it — my way. I'd yell when I didn't get what I wanted, then I'd storm off. Now I'm open to trying something that might result in a better outcome for me and the people around me.



PASS+

Busha    9-1-12

Wright, Desmond.          Conflict Management

P15, ask me in class for further input.

Note: I'm glad to know that you grew spiritually enough to restore your relationship with your brother after shunning him for 4 years, may God keep you steadfast till the top.

**Federal Bureau of Prisons**
*Residential Re-entry Program*

# Life Connections Program
# Following Your Moral Compass

When I stop and think about what guides the decisions I make, I can't really put my finger on any one thing. I usually do what feels right at the time. Considering some of the poor decisions I've made in the past, maybe I could use some help in making better choices.



RBT · 11-15-12

PASS +

Bashar        11-22-12

**Wright, Desmond.        Following Your Moral Compass.**

P7, 15, 17, 19, 20 please ask me in class for further explanation.
Notes: I'm glad that this program made you realize the importance of forgiving your brother and to rebuild your relationship with him.
And i appreciate your sincere work in the workbook as well as in improving your life.



*Federal Bureau of Prisons*
*Residential Re-entry Program*

# Life Connections Program
## Family Life Connections

I hadn't realized how much my criminal behavior influenced my life. But my irresponsible actions had a terrible effect on my family. Everyone felt the impact of my actions and to find their own ways of coping. starting to get healthy and so

they all had

Now I'm

can my family

*RBT: 11-15-12*

*PASS +*

*Bushar* *11-22-12*



**Wright, Desmond.**　　　**Family Life Connections.**

P27, 28, please ask me in class for further explanation.

Notes: like your sincere wise answers that are reflecting a connection with your higher self / heart.



**Federal Bureau of Prisons**
**Residential Re-entry Program**

# Life Connections Program
# Transitional Issues

I'm at the end of my pathway but that doesn't mean my journey's over. In fact, it's just beginning. The big difference for me is that through my work in this program, I have faith ............ in God as my constant companion as I continue ............ my journey through life. I'm not alone any ............ feels good.



PASS +

Baghar   3-2-13

DELIVERED: 2-6-13
DUE DATE: 2-25-13
RECEIVED: 2-14-13



**Federal Bureau of Prisons**
**Residential Re-entry Program**

Cohort 11's daily journals 2 are due by
Sunday, March 3, 2013 by 3:00 p.m. EDT.
The journals were distributed to
each Cohort 11 LCP participant on
Monday, October 1, 2012.
**All 26 weeks of the journal must be
completely filled out and personally turned
into Chaplain Scott Bonham.**

WRIGHT, DESMOND    228
54724-066, LCP Cohort 11

# Daily journaling

## *Weeks Twenty-Seven through Fifty-Two*



Awesome work
Excellent Journal
Very engaged and
engaging

Scott Bonham
3/2/13

**Federal Bureau of Prisons
Spiritual Growth Program**

LIFE CONNECTIONS PRO
USP TERRE HAUTE

2012 SEP -9 PH 2:

RECEIVED

Cohort 11's journals are due by Sunday,
September 9, 2012; 2011 by 3:00 p.m. EDT.
The journals were distributed to each Cohort 11 LCP participant on
Tuesday, March 20, 2012.
All 26 weeks of the journal must be completely filled out and
personally turned into Chaplain Scott Bonham.

# Daily journaling



Complete
Scott Bon
3/12/2013





**Federal Bureau of Prisons**
**Spiritual Growth Program**

# Certificate of Completion

## Desmond Wright

# The Life Connections Program's
# Leadership Seminar on
## Tuesday, August 6, 2013

J. F. Caraway, FCC Terre Haute Complex Warden

# Certificate of Completion

## Desmond Wright

## Forgiveness Seminar

With Linda Strom & Edrena Smith

## August 12, 2013

*Scott P. Bonham*

Scott P. Bonham, LCP Chaplain

# Certificate of Completion

## DESMOND WRIGHT

### Life Connections Program
### Graduates' Aftercare Class
A 24 Hour Study of Principles of Leadership

## Monday, October 21, 2013

*G. Blackstone, M.A. October 21, 2013*

G. Blackstoné, M.A, LCP Life Coach

# Certificate of Completion

## DESMEND WRIGHT

## "Recovery from Addictions and/or the Criminal Lifestyle" (54 hours)

*Addiction Recovery Component for LCP Graduation*

G. H. Blackstone, M.A.    March 11, 2013

G. H. Blackstone, M.A., LCP Life Coach and Instructor

# Certificate of Completion

## DESMOND WRIGHT

*attended and wrote an <u>HONORS</u> essay for*

## The Life Connections Program's Emergency Preparedness Seminar of

## Wednesday, May 9, 2012

T. Ray Henry, Emergency Management Instructor, FEMA

# Certificate of Completion

## DESMOND WRIGHT

# Victim Impact Course
## Focusing on Domestic Violence
*A Victim Impact Component for LCP Graduation (12 hours)*



Ms. Rocio Arias, Instructor, July 24, 2012

# Certificate of Completion

## *DESMOND WRIGHT*

*attended the*

## The Life Connections Program's
## Ryan White Foundation Seminar

Monday, August 13, 2012

Mrs. Kiersten Orr, LCP Administrative Assistant