# Certificate of Participation

## Desmond Wright

attended and actively participated for 18 hours
in the Life Connections Program

## Occupational Re-Entry Seminar

on June 17 – 19 & July 16, 2014

---

**Doug Evans**
Workforce Development
Consultant

**Lisa Martin**
Workforce Development
Consultant

**A. Williams**
Mentor Coordinator
FCC Terre Haute



This Certifies That On March 31, 2011

# Desmond Wright

successfully met the requirements for a
Vocational Training Certification as a

# Data Entry Operator

ACHIEVEMENT AWARD

G. Bratcher, Supervisor of Education

K. Callahan, Vocational Training Instructor

This Certifies That On March 31, 2011

*Desmond Wright*

successfully met the requirements for a
Vocational Training Certification as a

*Receptionist*

G. Belcher, Supervisor of Education

K. Callahan, Vocational Training Instructor

# STOP THE VIOLENCE

THIS CERTIFIES THAT

## WRIGHT, DESMOND

HAS COMPLETED 24 HOURS OF
ORIENTATION, PHASES 1,2,3 and 4
OF STOP THE VIOLENCE PROGRAM
CLASS #8



MAY 05, 2011



M. SMITH  RW (P)

M. HAMILTON COUNSELOR

# *Certificate of Completion*

This certifies that

Desmond Wright

has successfully completed the

## InsideOut Dad™ Training Institute

Conducted on

January 29, 2013 – March 5, 2013

in

Life Connections Program U.S.P Terre Haute





**National Fatherhood Initiative®**

Roland C. Warren
President
NATIONAL FATHERHOOD INITIATIVE



Christopher A. Brown
Senior Vice President of National Programming
NATIONAL FATHERHOOD INITIATIVE

# *Certificate of Completion*

Let it be known that

## *Desmond Wright*

Register Number 54724-066

has satisfactorily completed
the Anger Management Course
at U.S.P. Coleman, Coleman, Florida.



_____
Javier Mouriz, Ph.D.

June 5, 2002



*Honorable Mention*

*to*

*Desmond Wright*

*For 4 South*

*Basketball Tournament*

Date: August 16, 2001

Signed: L. McAdoo, Recreation Specialist

# Honorable Mention

to

# Desmond Wright

For 4 South

## Basketball Tournament

**FDC PHILADELPHIA
RECREATION DEPT.**

Date: July 16, 2001

Signed: L. McAdoo

# Certificate of Completion

to

# Desmond Wright

for completing the

## Stretching Fitness Class

**FDC PHILADELPHIA
RECREATION DEPT**

May 23, 2001

L. McAdoo, Recreation Specialist



This is to certify that

# Desmond Wright

has successfully completed 12 hours of Adult
Continuing Education credit in

## Business Concepts

FCC Coleman, Florida
Jun 15, 2006

**E. Nabritt**
**ACE Coordinator**

**M. Gunzenhauser**
**ASOE**




# Certificate of Completion

This certifies that

## Desmond Wright

has successfully completed the

## Getting Started Journal Group
## Non-Residential Drug Abuse Program

*USP Big Sandy, Kentucky*
*January, 2011*



*M. Salyer*
*Drug Treatment Specialist*



# Certificate of Completion

This certifies that

## Desmond Wright

has successfully completed the

## Basic Cognitive Skills Journal Group
## Non-Residential Drug Abuse Program

*USP Big Sandy, Kentucky*
February, 2011

*M. Salyer*
*Drug Treatment Specialist*





# Certificate of Completion

*This certifies that*

## Desmond Wright

*has successfully completed the*

## Core Skills Journal Group
## Non-Residential Drug Abuse Program

*USP Big Sandy, Kentucky*
April, 2011

_____

M. Salyer
*Drug Treatment Specialist*



# Certificate of Completion

*This certifies that*

## Desmond Wright

*has successfully completed the*

## Non-Residential Drug Abuse Program

*USP Big Sandy, Kentucky*
*May, 2011*

M. Salyer

*M. Salyer*
*Drug Treatment Specialist*



# Certificate of Achievement

This certifies that

*Desmond Wright*

has satisfactorily completed

*Spanish 1*

consisting of 12 hours of training

September 26, 2008

A. Rich, ACE Coordinator

# Certificate of Achievement

Presented To
D. Wright
For Satisfactorily Completing
Intermediate Crochet
U.S.P. Big Sandy

May 25, 2010

_____
Supervisor of Recreation


_____
Recreation Specialist



## Adult Continuing Education Program

### ~ Certificate of ~

# ACHIEVEMENT

THIS CERTIFIES THAT

## DESMOND WRIGHT

HAS COMPLETED THE REQUIREMENTS FOR THE CLASS

### KEYBOARDING,

AND IS THEREFORE ISSUED THIS CERTIFICATE.
PRESENTED BY THE EDUCATION DEPARTMENT, USP BIG SANDY

July 2, 2010

S. Walters, SOE

K. Callahan, VT Instructor

# Certificate of Completion

This certifies that

Desmond Wright

has successfully completed

*Conversational Spanish 1*

at USP Big Sandy on this 13th day of February 2011

Stephen Lockwood
Correctional Counselor

# *Certificate of Completion*

Let it be known that

## DESMOND WRIGHT

Register Number :54724-066

has successfully completed and met all requirements of

## PM /ABS CLASS

through the Wellness Program sponsored
by the Recreation Department at U.S.P. 1 Coleman, Coleman, Florida.

  

D. Jones, Recreation Specialist

Dated: June 8, 2006

**Professional Management Development Program**
National Restaurant Association Educational Foundation



National Restaurant Association
Educational Foundation

*proudly recognizes*

## DESMEND WRIGHT

WITH THIS

## Certificate of Program Completion

for having satisfactorily completed all requirements for the
**Professional Management Development (ProMgmt®) Program.**

PRESIDENT & CHIEF OPERATING OFFICER

*August 28, 2008*

DATE

ProMgmt.® is a registered trademark of the National Restaurant Association Educational Foundation
© 2002 National Restaurant Association Educational Foundation
   03062004                     v.0306

**National Restaurant Association**
**EDUCATIONAL FOUNDATION**



ServSafe®

EXAM FORM NO. 4327

CERTIFICATE NO. 5519687

# ServSafe® Certification

TO DESMEND A WRIGHT

for successfully completing the standards set forth by the National Restaurant Association Educational Foundation for the ServSafe® Food Protection Manager Certification Examination, which is accredited by the American National Standards Institute (ANSI)–Conference for Food Protection (CFP).

***Presented by the National Restaurant Association Educational Foundation***

8/28/2007

DATE OF EXAMINATION

8/28/2012

DATE OF EXPIRATION

Local laws apply. Check with your local regulatory agency for recertification requirements.

ANSI

ACCREDITED PROGRAM
American National Standards Institute
and the Conference for Food Protection

Mary M. Adolf
President and Chief Operating Officer
National Restaurant Association Educational Foundation

National Restaurant Association
EDUCATIONAL FOUNDATION
www.nraef.org

This document cannot be reproduced or altered.
©2007 The National R...

Professional Management Development Program
National Restaurant Association Educational Foundation

Certificate No.  5764600
Examination Form No :   5107

# ProMgmt.

The National Restaurant Association
Educational Foundation grants a

## Certificate of Course Completion

TO

## DESMEND WRIGHT

for successfully meeting the prescribed requirements by examination of the
**Principles of Food, Beverage and Labor Cost Controls**

This credential is an earned credit toward completion of the
**Professional Management Development (ProMgmt.®) program.**

2/20/2008

DATE

PRESIDENT AND CHIEF OPERATING OFFICER
NATIONAL RESTAURANT ASSOCIATION EDUCATIONAL FOUNDATION

ProMgmt.® is a registered trademark of the National Restaurant Association Educational Foundation
© 2004 The National Restaurant Association Educational Foundation
04021001                                        v.0603

National Restaurant Association
EDUCATIONAL FOUNDATION

**Professional Management Development Program**
National Restaurant Association Educational Foundation

Certificate No.  5978847
Examination Form No :  9104



The National Restaurant Association
Educational Foundation grants a

## Certificate of Course Completion

T O

# DESMEND WRIGHT

for successfully meeting the prescribed requirements by examination of the
**The Restaurant: From Concept to Operation**

This credential is an earned credit toward completion of the
**Professional Management Development (ProMgmt.®) program.**

6/20/2008

DATE

*May A. Cloos*

PRESIDENT AND CHIEF OPERATING OFFICER
NATIONAL RESTAURANT ASSOCIATION EDUCATIONAL FOUNDATION

ProMgmt.® is a registered trademark of the National Restaurant Association Educational Foundation
© 2004 The National Restaurant Association Educational Foundation
04021001                                    v.0603

National Restaurant Association
EDUCATIONAL FOUNDATION

Professional Management Development Program
National Restaurant Association Educational Foundation

Certificate No. 5548343
Examination Form No : 4222



The National Restaurant Association
Educational Foundation grants a

# Certificate of Course Completion

TO

## DESMEND WRIGHT

for successfully meeting the prescribed requirements by examination of the
**Hospitality Marketing Management**

This credential is an earned credit toward completion of the
**Professional Management Development (ProMgmt.®) program.**

9/19/2007

DATE

*Mary A. Wolf*

PRESIDENT AND CHIEF OPERATING OFFICER
NATIONAL RESTAURANT ASSOCIATION EDUCATIONAL FOUNDATION

ProMgmt.® is a registered trademark of the National Restaurant Association Educational Foundation
© 2004 The National Restaurant Association Educational Foundation
04021001                                     v.0603

National Restaurant Association
EDUCATIONAL FOUNDATION

**Professional Management Development Program**
National Restaurant Association Educational Foundation

Certificate No.   5485770
Examination Form No :    8515



The National Restaurant Association
Educational Foundation grants a

# Certificate of Course Completion

TO

## DESMEND WRIGHT

for successfully meeting the prescribed requirements by examination of the
**Nutrition for Foodservice and Culinary Professionals**

This credential is an earned credit toward completion of the
**Professional Management Development (ProMgmt.®) program.**

7/25/2007

DATE

*May A. Adolf*

PRESIDENT AND CHIEF OPERATING OFFICER
NATIONAL RESTAURANT ASSOCIATION EDUCATIONAL FOUNDATION

ProMgmt.® is a registered trademark of the National Restaurant Association Educational Foundation
© 2004 The National Restaurant Association Educational Foundation
04021001                                              v.0603

National Restaurant Association
EDUCATIONAL FOUNDATION