**Professional Management Development Program**
National Restaurant Association Educational Foundation

Certificate No.  5446448
Examination Form No :  8605



The National Restaurant Association
Educational Foundation grants a

# Certificate of Course Completion

TO

## DESMEND WRIGHT

for successfully meeting the prescribed requirements by examination of the
**Professional Cooking**

This credential is an earned credit toward completion of the
**Professional Management Development (ProMgmt.®) program.**

6/26/2007

DATE

*Mary A. Adolf*

PRESIDENT AND CHIEF OPERATING OFFICER
NATIONAL RESTAURANT ASSOCIATION EDUCATIONAL FOUNDATION

ProMgmt.® is a registered trademark of the National Restaurant Association Educational Foundation
© 2004 The National Restaurant Association Educational Foundation
04021001                                              v.0603

National Restaurant Association
EDUCATIONAL FOUNDATION

**Professional Management Development Program**
National Restaurant Association Educational Foundation

Certificate No.  5982157
Examination Form No :     6004

# ProMgmt.®

The National Restaurant Association
Educational Foundation grants a

# Certificate of Course Completion

TO

## DESMEND WRIGHT

for successfully meeting the prescribed requirements by examination of the
**Supervision in the Hospitality Industry**

This credential is an earned credit toward completion of the
**Professional Management Development (ProMgmt.®) program.**

6/26/2008

DATE

PRESIDENT AND CHIEF OPERATING OFFICER
NATIONAL RESTAURANT ASSOCIATION EDUCATIONAL FOUNDATION

ProMgmt.® is a registered trademark of the National Restaurant Association Educational Foundation
© 2004 The National Restaurant Association Educational Foundation
04021001                                                    v.0603

National Restaurant Association
EDUCATIONAL FOUNDATION

# *Certificate of Completion*

awarded to:

# **Desmond Wright**

For completing Money Smart Module 1
"Bank on It"
At USP Terre Haute

September 12, 2011
_____
Date

*KdHackett*
_____
ACE Coordinator

# *Certificate of Completion*

awarded to:

# **Desmond Wright**

For completing Money Smart Module 2
"Borrowing Basics"
At USP Terre Haute

September 19, 2011
_____
Date

_KHackett_
_____
ACE Coordinator

# *Certificate of Completion*

## awarded to:

# **Desmond Wright**

For completing Money Smart Module 3
"Check It Out"
At USP Terre Haute

September 26, 2011
_____
Date

*KdHackett*
_____
ACE Coordinator

# *Certificate of Completion*

awarded to:

# Desmond Wright

For completing Money Smart Module 4
"Money Matters"
At USP Terre Haute

October 3, 2011

Date

*K.Hackett*

ACE Coordinator

# *Certificate of Completion*

awarded to:

# Desmond Wright

For completing Money Smart Module 5
"Pay Yourself First"
At USP Terre Haute

October 17, 2011

_____
Date

*KdHackett*

_____
ACE Coordinator

# Certificate of Completion

awarded to:

# Desmond Wright

For completing Money Smart Module 6
"Keep It Safe"
At USP Terre Haute

October 31, 2011

_____
Date

_K Hackett_

_____
ACE Coordinator

# *Certificate of Completion*

awarded to:

# Desmond Wright

For completing Money Smart Module 7
"To Your Credit"
At USP Terre Haute

November 21, 2011

Date

*K Hackett*

ACE Coordinator

# *Certificate of Completion*

awarded to:

# **Desmond Wright**

For completing Money Smart Module 8
"Charge It Right"
At USP Terre Haute

November 28, 2011

_____
Date

*KHackett*

_____
ACE Coordinator

# Certificate of Completion

awarded to:

# Desmond Wright

For completing Money Smart Module 9
"Loan to Own"
At USP Terre Haute

December 5, 2011
_____
Date

_K. Hackett_
_____
ACE Coordinator

# Certificate of Completion

awarded to:

# Desmond Wright

For completing Money Smart Module 10
"Your Own Home"
At USP Terre Haute

December 5, 2011
_____
Date

_____
ACE Coordinator

# Certificate of Completion

awarded to:

# Desmond Wright

For completing ACE African & American History
At
USP Terre Haute

December 8, 2011
_____
Date

_K.Hackett_
_____
ACE Coordinator



This is to certify that

# Desmond Wright

has successfully completed 12 hours of Instruction in
Adult Continuing Education credit in

## Lifeskills

FCC Coleman, Florida
September 7, 2007

E. Nabritt
**ACE Coordinator**

ASOE

# Certificate of Participation

awarded to:

# DESMOND WRIGHT

for participation in the USP Terre Haute, Indiana
Graduation Ceremony for completion of the
Building Trades Vocational Training program

_____
Supervisor of Education

September 14 2010
Date

# Certificate of Completion

## DESMOND WRIGHT

*attended*

# The Life Connections Program's
# Religious Tolerance Seminar

## Thursday, August 21, 2014

Mrs. K. Orr, LCP Administrative Assistant




**Terre Haute Religious Services Department**

Awards this certificate to

# Desmond Wright

In recognition and appreciation for his volunteer work
with the Threshold program from January to June 2014

## June 28, 2014

*Jim Thomas*
_____
Chaplain's Name

6-28-2014
_____
Date




# Certificate of Completion

This certificate is awarded to

## DESMOND WRIGHT

In recognition of successfully completing the

## MEAL PLANNING
## ADVANCE FITNESS

__JUNE 24, 2012__
DATE

*P Ga___*
REC STAFF

# Certificate of Completion

# DESMOND WRIGHT

# Resume Writing Class

*A Release/Transitional Preparation Component for LCP Graduation*
*(6 hours)*

Z. McCain and T. Shotts, Instructors, October 23, 2012

# Certificate of Completion
## <u>Desmond Wright</u>

# The Life Connections Program's Infectious Disease Prevention Seminar

Wednesday, June 25, 2014

*K. Scully, RN IIDC*

K. Scully, FCC Terre Haute Infectious Disease Coordinator

# Certificate of Community Service

## Desmond Wright

with much appreciation

100 Hours of Humanitarian Service

FOR THE CHILDREN

L. McDonald
August 12, 2015
USP Atlanta, GA

S. Lewis
August 12, 2015
USP Atlanta, GA

# LIFE CONNECTIONS PROGRAM
# CERTIFICATE OF GRADUATION

This document certifies that

## Desmend Wright

has successfully completed this eighteen month, faith-based
program at the United States Penitentiary in Terre Haute, Indiana.

## Thursday, March 14, 2013

_Scott P. Bonham_

Scott P. Bonham, LCP Chaplain

_J. F. Caraway_

J. F. Caraway, Complex Warden

# Spiritual Guide Award
## *Islamic Spiritual Group*
## Cohort 11

# DESMEND WRIGHT

## Thursday, March 14, 2013

*Bashar Murad*

## Imam Bashar Murad

# Certificate of Completion

is presented to

Desmond Wright 54724-066

for

Mastering Conflict

20 HOURS OF COMPLETION

Signature

Date

# Certificate of Completion

is presented to

**Desmond Wright 54724-066**

for

**Stress Management**

20 HOURS OF COMPLETTION

[signature] Signature

1-8-15 Date

# LCP GRADUATION PROGRAM

Thursday, March 14, 2013 at 1:00 p.m. in the U.S.P. Chapel

*Processional*                             Chaplain Tim Wood, Pianist

*Invocation*                           David Holston, Supervisory Chaplain

*Welcome*                           Charles Williams, Associate Warden

*Video Presentation by Cohort 11*

*Introduction of Graduate Speaker*      Jennifer Davis, LCP Facilitator

*Graduate's Testimonial*      Shauntel Andrews, Cohort 11 Graduate

*Introduction of Mentors and Guests*      Scott Bonham, LCP Chaplain

*In Memoriam, Mark Johnson*         Scott Bonham, LCP Chaplain

*LCP Mentor Report*      Anissa Williams, Mentor Coordinator

*Introduction of Spiritual Guides*      Kiersten Orr, LCP Admin. Asst.

*Spiritual Guides' Comments and Award Presentations*

*Introduction of the Speaker*         J. F. Caraway, Complex Warden

*Graduation Address*               Rev. Lant Davis, LCP Mentor

*Presentation of Diplomas*      J. F. Caraway, Complex Warden

*Benediction*                           Tim Wood, Chaplain

*Please join us for refreshments following this graduation in the
Life Connections Unit (C-1). We will dismiss in the following order:
special guests and staff, newest LCP graduates,
LCP graduates, Cohort 12, Cohort 13, and LCP Wait.*

# COHORT 11 LCP GRADUATES

*COREY ADAMS*
*JOSEPH D. ANDERSON*
*SHAUNTEL ANDREWS*
*CHRIS BALTIMORE\**
*PRINCE P. BECK, SR.*
*DEMARCO A. CRAIG*
*DANIEL DUKEWITS*
*JUSTIN EASLEY*
*SEAN FOWLKES*
*MICHAEL FREEMAN*
*JAMES W. GASTON*
*KENNETH JONES*
*RICHARD KIM*
*MICHAEL MCCROY*
*MARVIN L. SMITH\**
*WARREN A. TAYLOR*
*JOHN TURPIN*
*STEVEN WOOLDRIDGE*
*DESMEND WRIGHT*

*\* Pending completion of Community Service Hours*