UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**ORDER REGARDING APPLICATIONS FOR LEAVE
TO FILE SECOND OR SUCCESIVE HABEAS CORPUS
PETITIONS PURSUANT TO 28 U.S.C. § 2244(B)
INVOLVING CHALLENGES to 18 U.S.C. §924(c)**

PRESENT: AMBRO, CHAGARES, and GREENAWAY, JR., Circuit Judges

**ORDER**

Pursuant to footnote 2 in the Court's opinion in <u>In re Michael Matthews, et al.</u>, Nos. 16-2027, 16-2080, 16-2273, 16-2312, 16-2422, 16-2414, and 16-2422, __ F.3d __ , (3d Cir. August 14, 2019), the Applications for Leave to File Second or Successive Habeas Corpus Petitions listed in the attached Appendix are hereby GRANTED. The Clerk is directed to transfer the applications to the United States District Court for the Eastern District of Pennsylvania. Any motions pending in the actions are dismissed as moot.

By the Court,

<u>Joseph A. Greenaway, Jr.</u>
Circuit Judge

Dated: August 27, 2019

**Appendix to Court Order Authorizing Leave to File
Second or Successive Habeas Corpus Petitions
for the Eastern District of Pennsylvania**

| Third Circuit Case No.: | Petitioner: |
| --- | --- |
| 16-2595 & 16-2855 | Clarence Wallace |
| 16-2877 | Marcus Spivey |
| 16-2868 | David Spikes |
| 16-3024 | Elvis Ortiz |
| 16-2899 | Robert Snyder |
| 16-2954 | Jamal Solomon |
| 16-3025 | James Patterson |
| 16-2979 | Christal Snyder |
| 16-2995 | Tyrone Bentley |
| 16-2972 | Nathaniel Hurt |
| 16-3425 & 18-3023 | Clarence Powell |
| 16-4004 | Francisco Fabian |
| 17-1868 | Ellis Matthews, Jr. |
| 16-1882 & 16-2337 | Eric Andrews |
| 16-1932 & 16-2333 | Pedrito Moreta |
| 16-2023 & 16-2544 | Perry Smith |
| 16-2025 | Fred Wilson |
| 16-2159 | Malcolm Moore |
| 16-2155 | Christopher Young |
| 16-2181 | Angel Torres |
| 16-2196 | Raymond Haywood |
| 16-2184 | Alan French |

| | |
|---|---|
| 16-2183 | James McNamara |
| 16-2019 & 16-2229 | Kevin Hiller |
| 16-2846 & 16-2922 | Jamil Lloyd |
| 16-2093 & 16-2504 | Reginald Baldwin |
| 16-2250 | William Hudgins |
| 16-2261 | Ronald Smith |
| 16-2256 | Shermell Mobley |
| 16-2253 | Nicholas Paz |
| 16-2094 | Thomas Reyes |
| 16-2299 | Bilial Shabazz |
| 16-2300 | Tarik Price |
| 16-2097 & 16-2501 | Hakeen Willis |
| 16-2342 | Nathaniel Mapp |
| 16-2302 | Kareem Millhouse |
| 16-2336 | Sunni Ali |
| 16-2345 | Samson Adeyemi |
| 16-2348 | Ernest Avery |
| 16-2318 | Frank Berryman |
| 16-2321 | Philip Sainsbury |
| 16-2263 | Steven Hight |
| 16-2330 | Jaime Valentin |
| 16-2260 | Efrain Velazquez |
| 16-2339 | Ira Potter |
| 16-2315 | Corey Crawford |
| 16-2270 | Maurice Davis |
| 16-2262 | Sean Branham |
| 16-2351 | John Hall |

| | |
|---|---|
| 16-2298 | Shawn Brown |
| 16-2251 | Keith Waters |
| 16-2295 | James Williams |
| 16-2360 | Tyree Stratton |
| 16-2380 | Rashiad Snead |
| 16-2343 | Jason Tyree |
| 16-2386 | Harry Berroa |
| 16-2340 | Sa'eedu Massaquoi |
| 16-2381 | Richard Baez |
| 16-2361 & 16-3040 | George Austin |
| 16-2331 | Sean Waters |
| 16-2378 | Nafis Woods |
| 16-2370 | Juan Perez-Samboy |
| 16-2338 | Alfredo DeJesus |
| 16-2067 | Andre Coleman |
| 16-2346 | Tyrone Clark |
| 16-2384 | Bryan Couch |
| 16-2362 | Jimmy Brown |
| 16-2379 | Nolan Hugh |
| 16-2382 | Scott Bayron |
| 16-2372 | My Nguyen |
| 16-2344 | Kwame Thomas |
| 16-2371 | Kenneth Sternberg |
| 16-2383 | Anthony Diggs |
| 16-2350 | Markwann Gordon |
| 16-2385 & 16-2924 | Desmond Wright |
| 16-2334 | Harry Jackson |

| | |
|---|---|
| 16-2353 | Musa Donzo |
| 16-2358 | Juwan Shaw |
| 16-2317 & 16-2825 | Jeremy Fontanez |
| 16-2320 | Kevin Cleveland |
| 16-2410 | Derrick Godfrey |
| 16-2347 | John Gassew |
| 16-2409 | Curtis Wilkerson |
| 16-2323 | Paris Carney |
| 16-2428 | Clifton Reeves |
| 16-2427 | Christian Torres |
| 16-2359 | Vernice Robinson |
| 16-2329 | Daniel Rutherford |
| 16-2335 | Jose Casiano |
| 16-2375 | Dennis Burnett |
| 16-2373 | Mychael Saunders |
| 16-2416 | Markeith Webb |
| 16-2412 | Willie Sawyer |
| 16-2356 | James McIntosh |
| 16-2376 | Kimorn Bowes |
| 16-2415 | Leslie Mosby |
| 16-2408 | Arthur Williams |
| 16-2429 , 16-2948 &  16-3003 | Ronald Harris |
| 16-2417 | Omar Rowe |
| 16-2044 | Jonathan Taylor |
| 16-2069 | Troy Holmes |
| 16-2070 | Matthew Sanders |
| 16-2063 | Gordon Bailey |

| | |
|---|---|
| 16-2064 | Daniel Watson |
| 16-2059 & 16-2635 | Eric Humbert |
| 16-2046 | Raphael Roane |
| 16-2420 | Maurice Askew |
| 16-2454 | Alexis Villegas |
| 16-2352 | Charles Brooks |
| 16-2457 | Malik Snell |
| 16-2446 | Tevin Lewis |
| 16-2477 & 16-2970 | Jamal Ezell |
| 16-2485 | Wakeem Chesney |
| 16-2479 & 19-1375 | Marcel Harper |
| 16-2459 | Scott Stedeford |
| 16-2476 | Syeed Briggs |
| 16-2478 | Anthony Jones |
| 16-2475 | Tramell Bledsoe |
| 16-2455 | Angel Mejia |
| 16-2482 | Gregory Martin |
| 16-2484 | Tuan Le |
| 16-2442 | Trevor Alston |
| 16-2483 | Tyrone Briggs |
| 16-2458 | Phuong Le |
| 16-2506 | Ellis Croft |
| 16-2509 | Ian Greenstein |
| 16-2522 | James Carstarphen |
| 16-2526 | Rufus Avery |
| 16-2533 | Nathaniel Williams |
| 16-2564 | Keith Canyon |

| | |
|---|---|
| 16-2524 | Shawn Pearce |
| 16-2548 | Adam Clausen |
| 16-2558 | Jaime Collazo |
| 16-2551 | Tinsley Fagan |
| 16-2507 | Trance Kale |
| 16-2547 & 16-3597 | Lemuel Barr |
| 16-2529 | Marcos Santiago |
| 16-2555 | Dameia Smith |
| 16-2565 | Jacklyn Smith |
| 16-2556 | William Jones |
| 16-2563 & 16-2720 | Mark Jordan |
| 16-2549 | Qouirtese Sherman |
| 16-2554 & 16-2997 | Melvin Williams |
| 16-2596 | Grady Jackson, Jr. |
| 16-2557 | Anthony Randall |
| 16-2559 | Larry Johnson |
| 16-2560 | Shaheed Wood |
| 16-2575 | Gary Ramsey |
| 16-2587 | Dameon Berry |
| 16-2616 | Abdul Stewart |
| 16-2592 | Roderick Sutton |
| 16-2589 | Ronnie Robinson |
| 16-2619 | Lamar McCrory |
| 16-2620 | Lamar McCrory |
| 16-2626 | William Evans |
| 16-2651 | Bruce Morris |
| 16-2650 | Andre Cooper |

| | |
|---|---|
| 16-2704 | Ronald Seaton |
| 16-2770 & 19-1303 | Carlos Llera-Plaza |
| 16-2823 | Richard Crossan |
| 16-2822 | Norman Shelton |
| 16-2849 | William Sosa |
| 16-2481 | Jose Perez |
| 19-1787 | Jonathan Garcia |
| 19-2558 | Joseph Dunston |