PAE-AO 243 (Rev. 10/09)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### Motion to Vacate, Set Aside or Correct a Sentence
### By a Person in Federal Custody
### (Motion Under 28 U.S.C. § 2255)

### Instructions

1.  To use this form, you must be a person who is serving a sentence under a judgment against you in a federal court. You are asking for relief from the conviction or the sentence. This form is your motion for relief.

2.  You must file the form in the United States District Court that entered the judgment that you are challenging. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file the motion in the federal court that entered that judgment.

3.  Make sure the form is typed or neatly written.

4.  You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5.  Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly you will be asked to submit additional or correct information. If you want to submit a brief or arguments you must submit them in a separate memorandum.

6.  There is no filing fee for the habeas corpus motion. If you cannot pay for the other costs of this motion (such as costs for an attorney or transcripts), you may ask to proceed *in forma pauperis* (as a poor person). **To do that you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you**.

7.  In this motion, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different judge or division (either in the same district or in a different district), you must file a separate motion.

8.  28 U.S.C. § 2255 provides that there is a 1-year statute of limitations which runs from the latest of:
    (1) the date on which the judgment of conviction becomes final;
    (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed; if the movant was prevented from making a motion by such governmental action;
    (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the United States Supreme Court and made retroactively applicable to cases on collateral review; or
    (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

9.  28 U.S.C. § 2244(b)(3)(A) provides that before you can file a second or successive habeas corpus motion in the District Court you must file a motion with the Third Circuit Court of Appeals for an order authorizing the District Court to consider your second or successive habeas corpus motion. 28 U.S.C. § 2255 provides that the second or successive habeas corpus motion must be certified by the Court of Appeals to contain:

PAE-AO 243 (Rev. 10/09)

(1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable fact finder would have found the movant guilty of the offense; or

(2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

10.    When you have completed the form, send the original and three copies to the Clerk of the United States District Court at this address:

> Clerk, United States District Court for the Eastern District of Pennsylvania
> 601 Market Street, Room 2609
> Philadelphia, PA  19106

11.    **CAUTION: You must include in this motion <u>all</u> of the grounds for relief from the conviction or sentence that you challenge.  And you must state the facts that support each ground.  If you fail to set forth all of the grounds in this motion, you may be barred from presenting additional grounds at a later date.**

12.    **CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.**

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | **EASTERN DISTRICT OF PENNSYLVANIA** |
|---|---|---|
| Name (under which you were convicted): <br> DESMOND WRIGHT | | Docket or Case No.: <br> 01-005 |
| Place of Confinement: <br> ATLANTA USP | | Prisoner No.: <br> 54724-066 |
| UNITED STATES OF AMERICA <br> V. | | Movant (include name under which convicted) <br> DESMOND WRIGHT |

### MOTION

1.  (a) Name and location of court which entered the judgment of conviction you are challenging: _____
    **U.S. District Court for the EDPA**
    _____
    _____
    (b) Criminal docket or case number (if you know): 01-005 _____

2.  (a) Date of the judgment of conviction (if you know): 1/11/02 _____
    (b) Date of sentencing: 1/10/02 _____

3.  Length of sentence: 750 mos _____

4.  Nature of crime (all counts):  ct1: conspiracy to commit armed bank robbery 18usc371; ct2: aiding &
    abetting armed bank robbery 18usc2113(d); ct4: use of a gun during armed bank robb 18usc
    924(c)(1)(A)(iii); ct5: aiding and abetting the use of fire to commit a felony (cts1
    and 2) 18usc844(h)(1),(2); ct6: malicious destruction by fire of a building involved in interstate
    commerce 18usc844(i) and 2; ct7: conspiracy to carjack 18usc371; ct8: attempted carjacking 18usc
    2119; ct9: using gun during carjacking 18usc924(c)(1)(C)(i)

5.  (a) What was your plea?  (Check one)
       (1) Not guilty ☐      (2) Guilty ☑      (3) Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or
    what did you plead guilty to and what did you plead not guilty to? _____
    _____ **UNKNOWN AT THIS TIME\*** _____
    _____
    _____
    _____

6.  If you went to trial, what kind of trial did you have?  (Check one)    Jury ☐    Judge only ☐

**\*This motion challenges a sentence rendered unconstitutional by the recent Supreme Court decision in**
***Johnson v. United States*, 135 S. Ct. 2552 (2015). The Federal Community Defender Office was appointed to**
**litigate the *Johnson* claim only. Information not applicable to the *Johnson* claim is unknown at this time.**

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?  *UNKNOWN AT THIS TIME\* (see p. 3)*
    Yes ☐    No ☐

8.  Did you appeal from the judgment of conviction?        Yes ✓        No ☐

9.  If you did appeal, answer the following:
    (a) Name of court:   USCA
    (b) Docket or case number (if you know):    n/a
    (c) Result:   dismissed b/c notice of appeal filed beyond 10 day period
    (d) Date of result (if you know):   10/01/02
    (e) Citation to the case (if you know):
    (f) Grounds raised:      *UNKNOWN AT THIS TIME\* (see p. 3)*

    _____
    _____
    _____
    _____
    _____
    _____

    (g) Did you file a petition for certiorari in the United States Supreme Court? *UNKNOWN AT THIS TIME\**
        Yes ☐    No ☐   *(see p. 3)*
        If "Yes," answer the following:
        (1) Docket or case number (if you know): _____
        (2) Result: _____

        _____
        (3) Date of result (if you know): _____
        (4) Citation to the case (if you know): _____
        (5) Grounds raised: _____

        _____
        _____
        _____
        _____
        _____
        _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications,
    concerning this judgment of conviction in any court?
    Yes ✓    No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court:     USDC EDPA
        (2) Docket or case number (if you know):      03-civ-235

(3)  Date of filing (if you know):  1/16/03

(4)  Nature of the proceeding:  28usc2255

(5)  Grounds raised:  unknown

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ✓       No ☐

(7)  Result:  denied

(8)  Date of result (if you know):  8/18/03

(b)  If you filed any second motion, petition, or application, give the same information:

(1)  Name of court:  USDC EDPA

(2)  Docket of case number (if you know):  14-2612

(3)  Date of filing (if you know):  5/6/14

(4)  Nature of the proceeding:  28usc2255

(5)  Grounds raised:  unknown

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐       No ✓

(7)  Result:  dismissed

(8)  Date of result (if you know):  5/12/14

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)  First petition:        Yes ✓       No ☐

(2)  Second petition:     Yes ☐       No ✓

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12.  For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:**   **Pursuant to the Supreme Court's decision in _Johnson v. United States_, 135 S. Ct. 2552**
                  **(2015), Defendant's sentence is unconstitutional.**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

SEE ATTACHMENT

(b) **Direct Appeal of Ground One:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☒

(2)  If you did not raise this issue in your direct appeal, explain why:

**Relief was unavailable until _Johnson v. United States_, 135 S. Ct. 2552 (2015), was decided.**

(c) **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☒

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐        No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

      Yes ☐       No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

      Yes ☐       No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND TWO:** _____

_____

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)   **Direct Appeal of Ground Two:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐       No ☐

    (2)  If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

  (c)  **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐      No ☐

    (2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3)  Did you receive a hearing on your motion, petition, or application?

        Yes ☐      No ☐

    (4)  Did you appeal from the denial of your motion, petition, or application?

        Yes ☐      No ☐

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐      No ☐

    (6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

    (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue: _____

_____

_____

_____

_____

PAE-AO 243 (Rev. 10/09)

**GROUND THREE:** _____

_____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  **Direct Appeal of Ground Three:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☐

(2)  If you did not raise this issue in your direct appeal, explain why:

_____

_____

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☐

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐        No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐        No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐        No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND FOUR:** _____

_____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  **Direct Appeal of Ground Four:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐          No ☐

(2)  If you did not raise this issue in your direct appeal, explain why:

_____

_____

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐          No ☐

(2)   If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3)   Did you receive a hearing on your motion, petition, or application?

  Yes ☐       No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

  Yes ☐       No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

  Yes ☐       No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

13.  Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

  **Ground One: relief was unavailable until *Johnson v. United States*, 135 S. Ct. 2552 (2015), was decided.**

_____

_____

_____

_____

_____

PAE-AO 243 (Rev. 10/09)

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?        Yes ☐        No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:        *UNKNOWN AT THIS TIME\* (see p. 3)*

(b) At the arraignment and plea:        *UNKNOWN AT THIS TIME\* (see p. 3)*

(c) At the trial:        *UNKNOWN AT THIS TIME\* (see p. 3)*

(d) At sentencing:

*UNKNOWN AT THIS TIME\* (see p. 3)*

(e) On appeal:

(f) In any post-conviction proceeding:        *UNKNOWN AT THIS TIME\* (see p. 3)*

(g) On appeal from any ruling against you in a post-conviction proceeding:

*UNKNOWN AT THIS TIME\* (see p. 3)*

16. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        Yes ☐        No ☐  *UNKNOWN AT THIS TIME\* (see p. 3)*

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?        Yes ☐        No ☐

17.   TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain
      why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

> **This motion is timely pursuant to 28 U.S.C. § 2255(f)(3), which provides for a one-year**
> **limitations period to run from "the date on which the right asserted was initially recognized by**
> **the Supreme Court, if that right has been newly recognized by the Supreme Court and made**
> ~~**retroactively applicable to cases on collateral review." The Supreme Court decided *Johnson* on**~~
> ~~**June 26, 2015, and this motion is filed within a year of that date. The Supreme Court has held**~~
> **that *Johnson* is retroactive to cases on collateral review.  *Welch v. United States*, No. 15-6418, --**
> **S. Ct. -- (April 18, 2016).**

---

* 28 U.S.C. § 2255(f), provides that:
  A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run
  from the latest of –
      (1)   the date on which the judgment of conviction became final;
      (2)   the date on which the impediment to making a motion created by governmental action in violation of
      the Constitution or laws of the United States is removed, if the movant was prevented from making such
      a motion by such governmental action;
      (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has
      been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral
      review; or
      (4)   the date on which the facts supporting the claim or claims presented could have been discovered
      through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:   **vacate unconstitutional conviction and/or sentence and list for a new sentencing hearing.**

or any other relief to which movant may be entitled.

/s/ Alexander C. Blumenthal
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ .
(month, date, year)

Executed (signed) on _____ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.