# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 01-0005-2 |
| | : | |
| **DESMOND WRIGHT** | : | |

## O R D E R

**AND NOW**, this 17th day of July, 2020, upon consideration of Petitioner's counseled Motion for leave to file an Amended Motion for Relief pursuant to 28 U.S.C. § 2255 (Doc. No. 463), it is hereby **ORDERED** that Petitioner's Motion (Doc. No. 463) is **GRANTED.** Petitioner may file an amended motion **no later than July 27, 2020**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.